McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00363-AWI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE BRIEFING AND HEARING ON MOTION |
| ALDOLFO MAGANA, ET AL., | ) | AND ORDER THEREON |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the supplemental briefing on the issue of the confidential informant currently due June 18, 2007 not be submitted to the court at this time. The parties further request that the court continue the hearing on the motion for disclosure of the confidential informant to a date to be determined at the status conference currently set for June 25, 2007, at 9:00 a.m. The parties are requesting that the status conference date of June 25, 2007 at 9:00 a.m. remain on calendar.

Counsel for the government is attempting to procure certain materials requested by the defense but due to scheduling issues and work load, has been unable to do so. Additionally, the parties are attempting to resolve the matter and the government needs additional time to formulate an offer. The government anticipates making an offer to the defendants on or before the status conference date of June 25, 2007.

The parties agree that the delay resulting from the continuance of the motion for informant disclosure shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, and continuity of counsel pursuant to 18 U.S.C. §§3161(h)(1)(F) and 3161(h)(8)(A).

Dated: June 14, 2007                            McGREGOR W. SCOTT
                                                United States Attorney


                                                By: /s/ Laurel J. Montoya
                                                LAUREL J. MONTOYA
                                                Assistant U.S. Attorney

Dated: June 14, 2007                            /s/ Ann H. Voris
                                                ANN H. VORIS
                                                Attorney for the Defendant Magana

Dated: June 14, 2007                            /s/ Robert Forkner
                                                ROBERT FORKNER
                                                Attorney for Defendant Andrade


ORDER CONTINUING HEARING DATE

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).


IT IS SO ORDERED.

**Dated:   June 15, 2007**                      /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE