```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone:  (209) 544-0200
Fax:        (209) 544-1860


Attorney for Defendant
Juan Luis Andrade
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. 1:06-CR-363-AWI |
|                                 ) | |
|         Plaintiffs,             ) | STIPULATION AND ORDER |
|                                 ) | TO CONTINUE STATUS CONFERENCE/ |
| vs.                             ) | MOTION HEARING FOR ALL |
|                                 ) | DEFENDANTS |
|                                 ) | |
| JUAN LUIS ANDRADE,              ) | |
|                                 ) | |
|         Defendants.             ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between defendants JUAN LUIS ANDRADE AND ADOLFO MAGANA, through their attorneys, ROBERT L. FORKNER AND ANN VORIS, respectively, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney LAUREL JACKSON MONTOYA, stipulate and agree to the following:

　　　1.　The presently scheduled status conference/motion hearing date of April 7, 2008, at 9:00 a.m., shall be vacated for all defendants and be rescheduled for further status conference on April 28, 2008 at 9:00 a.m.

DATED: April 3, 2008          /s/ ROBERT L. FORKNER
                              Attorney for Defendant
                              JUAN LUIS ANDRADE

DATED: April 3, 2008          /S/ ANN VORIS
                              Attorney for Defendant
                              ADOLFO MAGANA

DATED: April 3, 2008          /S/ LAUREL JACKSON MONTOYA
                              Assistant US Attorney

### ORDER

IT IS SO ORDERED that the April 7, 2008 at 9:00 a.m., status conference be vacated and continued to April 28, 2008, at 9:00 a.m., for all defendants.

IT IS SO ORDERED.

Dated:   April 4, 2008                    /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE